RICHARD BROWN et al., Respondents, v CONCORD NURSERIES, INC., Appellant. (Appeal No. 2.) [827 NYS2d 906]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered May 16, 2006 in a personal injury action. The order denied defendant's motion for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v*

*Food City,* 167 AD2d 983, 984 [1990]). Present—Hurlbutt, J.P., Gorski, Lunn, Peradotto and Green, JJ.